IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE PHAN,

      Petitioner,                    2: 09 - cv - 2040 - GEB TJB

    vs.

JOHN W. HAVILAND, Warden

      Respondent.             ORDER
_____/

    Petitioner Bruce Phan is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner raises five claims in his federal habeas petition, including two claims pursuant to <u>Batson v. Kentucky</u>, 476 U.S. 79 (1986). On March 4, 2010 Respondent answered the petition. On April 26, 2010, Respondent lodged paper documents with the Clerk's Office. These lodged documents included twenty-four volumes of the Reporter's Transcript. However, Respondent failed to include a copy of the voir dire transcript within these filed lodged documents.

    Accordingly, IT IS HEREBY ORDERED that Respondent shall file a copy of the voir dire transcript within twenty-one (21) days of this Order.

//

//

1

1  DATED: May 24, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE