IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE PHAN,

    Petitioner,                    2: 09 - cv - 2040 - GEB TJB

    vs.

JOHN W. HAVILAND, Warden

    Respondent.                <u>ORDER</u>

_____/

    Petitioner has requested a thirty-day extension of time to file objections to the amended findings and recommendations which was entered on February 29, 2012.  Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted.  Petitioner is advised that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's request filed March 20, 2012 for an extension of time to file objections to the amended findings and recommendations is GRANTED; and

2.     Petitioner shall file his objections to the Magistrate Judge's amended findings and recommendations on or before April 20, 2012.

//

1

1  DATED:  March 21, 2012

                                        TIMOTHY J BOMMER
                                        UNITED STATES MAGISTRATE JUDGE